JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

SEP - 6 2007

07 SEP 28 PM 12: 13

FILED
CLERK'S OFFICE

OFFICE OF THE CLERK

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 875                  8:07CV320

IN RE Asbestos Products Liability Litigation (No. VI)

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-287)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,398 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-287 - TAG-ALONG ACTIONS
## MDL NO. 875
### IN RE Asbestos Products Liability Litigation (No. VI)

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2  07-607 | Grady O. Humphreys, et al. v. A.O. Smith Electrical Products Co., et al. | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 4  07-4240~~ | ~~Robert F. Lyman, et al. v. Union Carbide Corp., et al.~~ | Opposed 9/21/07 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3  07-581~~ | ~~James Weese v. Union Carbide Corp., et al~~ | Opposed 9/19/07 |
| **MARYLAND** | | |
| ~~MD 1  07-1870~~ | ~~James Samuel Warfield, et al. v. Northrop Grumman Ship Systems, Inc., et al.~~ | Opposed 9/20/07 |
| **MINNESOTA** | | |
| MN 0  07-3659 | Raymond C. Allison, et al. v. Alfa Laval, Inc., et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1  07-911 | Kennedy L. Jackson v. FMC Corp., et al. | |
| MSS 1  07-912 | Nepolia M. Myles v. Sears Roebuck & Co., et al. | |
| MSS 1  07-944 | Robert Valentine, etc. v. Plastics Engineering Co., et al. | |
| MSS 1  07-985 | Elaine H. Collins v. Plastics Engineering Co., et al. | |
| MSS 1  07-986 | Annie Pearl Douglas v. Plastics Engineering Co., et al. | |
| MSS 1  07-987 | Helen S. Franklin v. Plastics Engineering Co., et al. | |
| MSS 1  07-1001 | Catherine J. Conway v. Garlock, Inc., et al. | |
| **NORTH CAROLINA EASTERN** | | |
| NCE 4  07-80 | Thomas Wiley Lewis, et al. v. Aqua-Chem, Inc., et al. | |
| NCE 4  07-98 | Jerry Wayne Edwards, et al. v. Aqua-Chem, Inc., et al. | |
| NCE 7  07-105 | John Maurice Freeman, et al. v. Aqua-Chem, Inc., et al. | |
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1  07-619 | Billy Gene Gaskey, et al. v. Aqua-Chem, Inc., et al. | |
| NCM 1  07-620 | Carolyn P. Burgess v. Aqua-Chem, Inc., et al. | |
| NCM 1  07-625 | Luther Chalmers Upright, et al. v. Aqua-Chem, Inc., et al. | |
| NCM 1  07-626 | Jeffrey Lewis Dunovant, et al. v. Aqua-Chem, Inc., et al. | |
| **NORTH CAROLINA WESTERN** | | |
| NCW 1  07-226 | Max Lamar Jolly, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-233 | Clyde S. Crawford, et al. v. 3M Co., et al. | |
| NCW 1  07-274 | Lisa Williams, etc. v. A.W. Chesterton Co., et al. | |
| NCW 1  07-279 | Max Long Gilleland, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-280 | Tommy Michael Gilmore, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-281 | Steven Maurice Van Vynckt, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-282 | Michael Eason Rankin, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-283 | Randall Paul Graver, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-284 | Jewell Johnson Brown, etc. v. Anchor Packing Co., et al. | |
| NCW 1  07-285 | Brannon Bright, etc. v. CNA Holdings, Inc., et al. | |
| NCW 1  07-287 | Randy Lee Banks, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-289 | Coyte Reginald Williams, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-291 | Gordon Eugene Gregory, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1  07-292 | Hugh Allen Black, et al. v. Aqua-Chem, Inc., et al. | |
| **NEBRASKA** | | |
| NE  8  07-320 | Eleanor Sautter, etc. v. BNSF Railway Co. | |

# INVOLVED COUNSEL LIST (CTO-287)
# MDL NO. 875
# IN RE Asbestos Products Liability Litigation (No. VI)

Daniel R. Alexander
Carr Allison
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

John M. Anderson
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Haley Amanda Andrews
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203

John F. Angell
Stich, Angell, Kreidler &
Dodge, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401

Cyrus C. Barger, III
Jude & Jude, PLLC
P.O. Box 17468
Hattiesburg, MS 39404-7468

Daniel A. Beckman
Gislason & Hunter LLP
701 Xenia Avenue South
Suite 500
Minneapolis, MN 55416

Joshua H. Bennett
Bennett & Guthrie, PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Joel M. Bondurant Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Nathan A. Bosio
Dogan & Wilkinson, PLLC
734 Dalmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

~~Timothy W. Bouch~~
~~Leath, Bouch & Crawford~~
~~134 Meeting Street~~
~~P.O. Box~~
~~Charleston, SC 29402-0059~~

Edward J. Cass
Gallagher, Sharp, Fulton &
Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

S. Christopher Collier
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Matthew J. Devereaux
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

John Caleb Dougherty
DLA Piper Rudnick Gray Cary
US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Lisa M. Elliott
Elliott Law Offices, PA
2409 West 66th Street
Minnepolis, MN 55423

Jenelle R. Evans
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

John A. Gardner, III
Hedrick, Eatman, Gardner &
Kincheloe
P.O. Box 30397
Charlotte, NC 28230

Keith L. Gates
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

INVOLVED COUNSEL LIST (CTO-287) - MDL NO. 875      Page 2 of 5

Geoffrey S. Gavett
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Walter T. Gilmer, Jr.
McDowell, Knight, Roedder &
Sledge, LLC
P.O. Box 350
Mobile Al 36601

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

~~James A. Harris, III~~
~~Harris & Harris~~
~~2100-A South Gridge Parkway~~
~~Suite 570~~
~~Birmingham, AL 35223~~

Bradley A. Hays
Aultman, Tyner, Ruffin, Bell &
Swetman, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
Towson, MD 21204

Jeffrey P. Hubbard
Wells, Moore, Simmons &
Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

John C. Hughes
Meagher & Geer
33 S 6th St
Mpls, MN 55402

Clifton Wayne Jefferis
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 South Lamar Street
City Centre, Suite 100
P.O. Box 22608
Jackson, MS 39225-2608

Thomas D. Jensen
Lind, Jensen, Sullivan &
Peterson
1700 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402

Christopher M. Jhang
Perkins Coie, LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111

David M. Johnson
Thibodeau, Johnson &
Ferinacek, PLLP
800 Lonsdale Building
302 W. Superior Street
Duluth, MN 55802

G. Patterson Keahey, Jr.
G. Patterson Keahey, PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Timothy W. Knight
Kee & Selby LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner, Ruffin, Bell &
Swetman, Ltd.
315 Hemphill Street
P.O. Drawer 750
Hattiesburg MS 39403-0750

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center
Suite 200
Birmingham, AL 35223-2484

Richard T. Lawrence
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Teresa Fizardi Lazzaroni
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Mark W. Lee
Maslon, Edelman, Borman &
Brand
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4140

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

David N. Lutz
Bowman & Brooke
150 South 5th Street
Suite 2600
Minneapolis, MN 55402

INVOLVED COUNSEL LIST (CTO-287) - MDL NO. 875                                                                Page 3 of 5

Kyle B. Mansfield
Foley & Mansfield, PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401

Edward B. McDonough, Jr.
Edward B. McDonough, Jr., PC
1800 AmSouth Bank Building
Mobile, AL 36633

David W. McDowell
Baker Donelson Bearman
Caldwell & Berkowitz
Wachovia Tower
420 North 20th Street
Suite 1600
Birmingham, AL 35203-5202

Laurin E. McGuffee
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Anissa M. Mediger
Murnane, Brandt
30 East Seventh Street
Suite 3200
St. Paul, MN 55101-4919

William T. Mills, II
Porterfield, Harper, Mills &
Motlow, P.A.
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Lacey M. Moore
Nexsen, Pruet, Adams,
Kleemeier, PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Catherine Morris Krow
Orrick, Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Molly Jeannette Mrowka
Dillingham & Murphy
225 Bush Street
6th Floor
San Francisco, CA 94104

Edwin B. Nichols
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Amsouth/harbert Plaza
Birmingham, AL 35203-2618

Vincent A. Noletto, Jr.
Carr Allison
P.O. Box 384
Mobile, AL 36601

Robert L. Norton
Jones & Granger
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210-4340

Chidiebere Onukwugha
Segal, McCambridge, Singer &
Mahoney, Ltd.
One North Charles Street
Suite 2500
Baltimore, MD 21201

Elizabeth B. Padgett
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Jonathan P. Parrington
Pustorino, Tilton, Parrington &
Lindquist
4005 West 65th Street
Suite 200
Minneapolis, MN 55435-1765

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald C. Partridge
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39201-4099

James L. Pattillo
Norman, Wood, Kendrick &
Turner
505 20th Street, North
Financial Center, Suite 1600
Birmingham, AL 35203

Mark J. Peschel
Johnson & Lindberg, P.A.
7900 International Dr.
Suite 960
Minneapolis, MN 55425

Keith J. Pflaum
Porterfield, Harper, Mills &
Motlow, P.A.
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Kent L. Plotner
Heyl, Royster, Voelker & Allen
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025

Michael S. Polk
Sieben Polk, PA
1640 South Frontage Road
Suite 200
Hastings, MN 55033-2495

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

INVOLVED COUNSEL LIST (CTO-287) - MDL NO. 875                                                                     Page 4 of 5

Cynthia A. Re
Aultman, Tyner, Ruffin, Bell &
Swetman, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

F.Grey Redditt, Jr.
Vickers, Riis, Murray & Curran
P.O. Drawer 2568
Mobile, AL 36652-2568

William C. Reeves
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201-2608

John J. Repcheck
Marks, O'Neill, O'Brien &
Courtney, PC
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Matthew Robinett
Norman, Wood, Kendrick &
Turner
505 20th Street North
Financial Center
Suite 1600
Birmingham, AL 35203

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Chadwick Lester Shook
Aultman, Tyner, Ruffin, Bell &
Swetman, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750

E. Terry Sibbernsen
Sibbernsen & Strigenz, P.C.
1111 North 102nd Court
Suite 330
Omaha, NE 68114

Steven M. Sitek
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Robert G. Skeen
Skeen Goldman, LLP
11 East Lexington Street
4th Floor
Baltimore, MD 21202

Paul R. Smith
Abrams & Smith
220 South 6th Street
Suite 1250
Minneapolis, MN 55402

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire &
Spinelli, L.L.P.
Centre Square West
15th Floor
Philadelphia, PA 19102

Charles Monroe Sprinkle, III
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Karl R. Steinberger
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Connie Ray Stockham
Stockham, Carroll & Smith, PC
2204 Lake shore Drive
Suite 114
Birmingham, AL 35209

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert W. Sullivan
Segal, McCambridge, Singer &
Mahoney, Ltd.
One North Charles Street
Suite 2500
Baltimore, MD 21201

Amanda D. Summerlin
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm
1370 Penobscot Building
645 Griswold St.
The Maritime Asbestosis Legal
Clinic
Detroit, MI 48226-4192

Cowles E. Symmes
Page, Mannino, Peresich &
McDermott, PLLC
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Mark S. Thomas
Williams Mullen Maupin Taylor
P.O. Drawer 19764
Raleigh, NC 27619

INVOLVED COUNSEL LIST (CTO-287) - MDL NO. 875                                                    Page 5 of 5

Timothy F. Thompson Jr.
SimmonsCooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Jennifer M. Thompson
104 Greystone Point
Titus, AL 36080

Dale O. Thornsjo
Johnson & Condon, PA
7401 Metro Blvd.
Suite 600
Minneapolis, MN 55439

Tracy E. Tomlin
Nelson Mullins Riley &
Scarborough LLP
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

John E. Varpness
Gislason Martin & Varpness
7600 Parklawn Avenue, South
Suite 444
Edina, MN 55435

Michael A. Vercher
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Ryan J. Wartick
Murnane, Brandt
30 East Seventh Street
Suite 3200
St. Paul, MN 55101-4919

William L. Waudby
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
420 North 20th Street
SunTrust Tower
Suite 1600
Birmingham, AL 35203-5202

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Allan R. Wheeler
Burr & Forman, LLP
South Trust Tower
420 North 20th Street
Suite 3100
Birmingham, AL 35203

James C. White
Moore & Van Allen
P.O. Box 13706
Research Triangle Park, NC 27709

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Sarah B. Windham
Aultman, Tyner, Ruffin, Bell &
Swetman, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Kathleen Wobber
Parler & Wobber, LLP
406 East Joppa Rd.
The Hemenway Building
Towson, MD 21286

Richard F. Yarborough, Jr.
Baker Donelson Bearman
Caldwell Berkowitz
Meadowbrook Office Park
4268 I-55, N
P.o. Box 14167
Jackson, MS 39236-4167

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Columbia, SC 29402-0059

James A. Harris, III
Harris & Harris
2501 20th Place South
Colonial Bank Building
Suite 450
Birmingham, AL 35223

J. Preston Strom, Jr.
Strom Law Firm, LLC
2110 North Beltline Blvd.
Suite A
Columbia, SC 29204-3905

# INVOLVED JUDGES LIST (CTO-287)
# MDL NO. 875
# IN RE Asbestos Products Liability Litigation (No. VI)

Hon. W. Keith Watkins
U.S. District Judge
F-300 Frank M. Johnson Jr. Federal
Courthouse Annex
One Church Street
Montgomery, AL 36104

~~Hon. Saundra Brown Armstrong~~
~~U.S. District Judge~~
~~390-C Ronald V. Dellums Federal~~
~~Building~~
~~1301 Clay Street~~
~~Oakland, CA 94612-5217~~

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~255 Melvin Price Federal Building~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

~~Hon. Richard D. Bennett~~
~~U.S. District Judge~~
~~5D Edward A. Garmatz Federal Bldg. &~~
~~U.S. Courthouse~~
~~101 West Lombard Street~~
~~Baltimore, MD 21201-2605~~

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Walter J. Gex III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 572
Gulfport, MS 39501

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402-2143

Hon. James A. Beaty, Jr.
Chief Judge, U.S. District Court
248 Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

Hon. N. Carlton Tilley, Jr.
U.S. District Judge
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402-3443

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

INVOLVED CLERKS LIST (CTO-287)
MDL NO. 875
IN RE Asbestos Products Liability Litigation (No. VI)

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Richard W. Wicking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322