IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEANOR SAUTTER, Personal Representative of the Estate of Johan A. Sautter, Sr., Deceased,<br><br>   Plaintiff,<br><br>  v.<br><br>BNSF RAILWAY COMPANY, Individually and as Successor-in-Interest to the Burlington Northern Inc., Chicago Burlington & Quincy Railroad Company, Burlington Northern, Inc., and Burlington Northern Railroad Company,<br><br>   Defendant. | 8:07cv320<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

  This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  SO ORDERED.

  DATED this 2nd day of October, 2007.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Chief United States District Judge